ORIGINAL

FILED

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0185

IN THE MATTER OF APPOINTING MEMBERS
TO THE SENTENCE REVIEW DIVISION OF         O R D E R
THE MONTANA SUPREME COURT

The term of Honorable Dan Wilson as a member of the Sentence Review Division of the Montana Supreme Court expires on December 31, 2023. The Court thanks Judge Wilson for his service.

Pursuant to § 46-18-901, MCA, the expiration of Judge Wilson's term requires the Chief Justice of this Court to appoint a new member to the Sentence Review Division. Therefore, with the consent of the appointee,

IT IS ORDERED that Honorable Matthew J. Cuffe of the Nineteenth Judicial District Court is appointed as a member to the Sentence Review Division for a term of three years, expiring December 31, 2026.

The Clerk is directed to provide copies of this Order to Honorable Matthew J. Cuffe, Honorable Dan Wilson, all members of the Sentence Review Division, the State Bar of Montana, the Administrative Assistant to the Sentence Review Division, and all Montana District Court Clerks.

DATED this 14 day of November, 2023.

For the Court,

By _____
Chief Justice

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana